# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERRY HAYS, AN INDIVIDUAL; GEFF HAYS, AN INDIVIDUAL; AND GAH CAPITAL, LLC, AN INDIANA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF LYON; AND THE HONORABLE JOHN SCHLEGELMILCH, DISTRICT JUDGE,
Respondents,
and
B-H PARTNERSHIP, LLC, A NEW MEXICO PARTNERSHIP,
Real Party in Interest.

No. 70013

FILED

APR 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order denying in part a motion to dismiss for lack of personal jurisdiction in a corporations matter. Having reviewed the petition and the appendix, we conclude that the district court did not err in declining to dismiss petitioners from the underlying action for lack of personal jurisdiction. *See Consipio Holding, BV v. Carlberg*, 128 Nev. 454, 457, 282 P.3d 751, 754 (2012); *Trump v. Eighth Judicial Dist. Court*, 109 Nev. 687, 692-93, 857 P.2d 740, 743-44 (1993). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. John Schlegelmilch, District Judge
    Snell & Wilmer, LLP/Reno
    Ice Miller LLP
    McDonald Carano Wilson LLP/Reno
    Third District Court Clerk